UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE MIRZAYANCE,<br><br>               Petitioner,<br><br>   vs.<br><br>MICHAEL KNOWLES, Warden,<br><br>               Respondent. | CASE NO. CV 00-01388 PSG (RZ)<br><br>POST-REMAND JUDGMENT |

On June 1, 2009, the Ninth Circuit panel assigned in this matter issued a remand Order stating, in part, "we reverse the district court's grant of habeas relief and remand to the district court with instructions to deny the petition for writ of habeas corpus and to award costs, as directed by the [Supreme] Court, to Michael A. Knowles, Warden." Accordingly,

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.  Respondent shall recover his costs upon filing an appropriate bill and the Court's subsequent entry of an order of costs.

DATED: June 25, 2009

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE